UNITED STATES DISTRICT COURT    CR 25-198 KMM/DLM
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2252A(a)(2) |
| v. | 18 U.S.C. § 2252A(b)(2) |
| | 18 U.S.C. § 2253(a) |
| JEREMY FRANCIS PLONSKI, | 18 U.S.C. § 2253(b) |
| | 21 U.S.C. § 853(p) |
| Defendant. | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

1. At times relevant to this Indictment:

### Introduction

a. JEREMY FRANCIS PLONSKI was a trooper with the Minnesota State Patrol.

b. PLONSKI was a member of the United States Army National Guard.

c. Over the course of at least months, PLONSKI produced and distributed through social media child pornographic videos.

d. PLONSKI produced such videos by repeatedly and personally sexually abusing an infant to whom PLONSKI had access.

e. Minor Victim 1 was that infant.

f. PLONSKI used his Minnesota State Trooper uniform and sidearm in the production of these child pornographic videos by wearing one or both on camera while he performed the recorded sexual abuses of Minor Victim 1.

g. PLONSKI created and shared these videos for his own sexual gratification.

SCANNED
MAY 15 2025
U.S. DISTRICT COURT MPLS

## COUNT 1
### (Production of Child Pornography)

2. In or about April 2023, in the State and District of Minnesota, the defendant,

**JEREMY FRANCIS PLONSKI**,

employed, used, persuaded, induced, enticed, and coerced Minor Victim 1 to take part in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including a recorded video that is approximately 2 minutes and 13 seconds in duration that depicts PLONSKI sexually abusing Minor Victim 1. Such visual depiction was produced using materials that had been mailed, shipped, or transported across state lines or in foreign commerce by any means, including by cellular telephone and/or the Internet, all in violation of 18 U.S.C. § 2251(a).

## COUNT 2
### (Production of Child Pornography)

3. In or about April 2023, in the State and District of Minnesota, the defendant,

**JEREMY FRANCIS PLONSKI**,

employed, used, persuaded, induced, enticed, and coerced Minor Victim 1 to take part in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including a recorded video that is approximately 3 minutes and 25 seconds in duration that depicts PLONSKI sexually abusing Minor Victim 1. Such visual depiction was produced using materials that had been mailed, shipped, or transported across state lines or in foreign commerce by any means, including by cellular telephone and/or the Internet, all in violation of 18 U.S.C. § 2251(a).

## COUNT 3
### (Distribution of Child Pornography)

4.  In or about April 2023, in the State and District of Minnesota, the defendant,

**JEREMY FRANCIS PLONSKI**,

did knowingly distribute a video, namely the approximately 2-minute-and-13-second-in-length video described above at Paragraph 2. That video was a visual depiction the production of which involved the use of a minor engaging in sexually explicit conduct and which depicts such conduct, and such visual depiction was shipped or transported in interstate or foreign commerce, by any means including computer or cellular phone, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT 4
### (Distribution of Child Pornography)

5.  In or about April 2023, in the State and District of Minnesota, the defendant,

**JEREMY FRANCIS PLONSKI**

did knowingly distribute a video, namely the approximately 3-minute-and-25-second-in-length video described above at Paragraph 3. That video was a visual depiction the production of which involved the use of a minor engaging in sexually explicit conduct and which depicts such conduct, and such visual depiction was shipped or transported in interstate or foreign commerce, by any means including computer or cellular phone, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

*United States v. Jeremy Francis Plonski*

## **FORFEITURE ALLEGATIONS**

6.  If convicted of Counts 1–4 of the Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

   a.  Any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

   b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

7.  The property subject to forfeiture includes, but is not limited to:

   a.  Items seized by law enforcement from Plonski's residence on April 30, 2025, including:

      i.  A U.S. Army camo jacket bearing a Plonski name tag;

      ii.  An MSI laptop, S/N K2011N0121238;

      iii.  A black Samsung cell phone, IMEI 353122990295219;

      iv.  A black Samsung cell phone, IMEI 358084620011892;

      v.  A Seagate 2TB Hard Drive, S/N NAAZ30DC

      vi.  A Memorex 32GB USB Drive, Blue

      vii.  A Memorex 32 GB USB Drive, Green

*United States v. Jeremy Francis Plonski*

    viii.  A Danelec 4GB USB Drive

    ix.  A Generic USB Drive labeled "American Environmental

    x.  An HP laptop, S/N CND4010BG1;

    xi.  A Dell Inspiron laptop, S/N 5BC8WZ2;

    xii.  An Apple laptop, Model A1706, S/N C02T49TMHF1P;

    xiii.  A Dell Latitude E6420;

    xiv.  A brown backpack containing sex toys;

    xv.  A Samsung Galaxy S9;

    xvi.  Toshiba portable storage, S/N: 632DT0TNTYHH;

    xvii.  A Minnesota State Patrol uniform;

    xviii.  An Apple iPhone A1688, Silver;

    xix.  An Apple iPhone A1533, IMEI 031985001154555;

    xx.  An HTC PH85110, IMEI 358927046285062, with a 2GB Micro SD Card;

    xxi.  A pink sex toy; and

    xxii.  A wearable prosthetic sex toy.

    b.  Items seized by law enforcement from Plonski's Minnesota State Patrol vehicle on April 30, 2025, including:

        i.  A Samsung cell phone, S/N: R5CY21A124R; and

        ii.  Plonski's Minnesota State Patrol uniform name tag.

    8.  If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18,

5

*United States v. Jeremy Francis Plonski*

United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY        FOREPERSON