*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

CHAD M. SPAHN
Senior Investigator

*MSBA Certified Criminal Law Specialist

**OFFICE OF THE**
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
ROB MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
SIRI CARLSON MCDOWELL
AMBROISE DECILAP
KATE ADAMS
Assistant Defenders

August 4, 2025

**<u>VIA – CM/ECF</u>**
Honorable Douglas L. Micko
United States Magistrate Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

      Re:    *United States v. Jeremy Francis Plonski*
               Case No.:  25-cr-198 (KMM/DLM)

Dear Magistrate Judge Micko,

I am writing to inform the Court that I will not be filing pretrial motions on behalf of Mr. Plonski. The defendant and the prosecution anticipate a settlement and hereby request that the motion hearing currently scheduled for August 26, 2025 be cancelled. Should plea negotiations break down, Mr. Plonski reserves the right to file pretrial motions at a later date. The parties will contact Judge Katherine M. Menendez's chambers to schedule a change of plea hearing.

Sincerely,

*s/ Robert Meyers*

ROBERT MEYERS
Assistant Federal Defender

RM/sls

cc:     Daniel Bobier, AUSA