# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
|---|---|---|---|
| Plaintiff, | ) | Case No: | 25-cr-198 (KMM/DLM) |
| | ) | Date: | 10/8/2025 |
| v. | ) | Court Reporter: | Paula Richter |
| | ) | Courthouse: | Minneapolis |
| JEREMY FRANCIS PLONSKI, | ) | Courtroom: | 14W |
| | ) | Time Commenced: | 11:08 a.m. |
| Defendant. | ) | Time Concluded: | 11:52 a.m. |
| | | Time in Court: | 44 Minutes |

Before Katherine M. Menendez, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
  For Plaintiff:    Daniel Bobier, Assistant United States Attorney
  For Defendant:    Robert Meyers, Assistant Federal Public Defender X FPD

PROCEEDINGS:

X **Arraignment**
  X Not Guilty Plea(s) entered to Count(s) 2 & 3.

X **Change of Plea Hearing.**
  X PLEA:
    X Guilty as to Count(s): 1 & 4 of the Indictment; government intends to dismiss count(s) 2 & 3 at sentencing.

X Presentence Investigation and Report requested.

X Defendant remains in the custody of the U.S. Marshal.

s/<i>AJS</i><br>Courtroom Deputy