**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

JEREMY FRANCIS PLONSKI,

          Defendant.

Case No. 25-cr-198 (KMM/DLM)

**PRELIMINARY ORDER**
**OF FORFEITURE**

Based on the United States' Motion for a Preliminary Order of Forfeiture; on the Defendant's guilty plea to Count 1 of the Indictment; on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 2253(a); and on the Court's determination based upon all of the files and records of this proceeding, the government has established the requisite nexus between such property and the offense to which the Defendant has pleaded guilty,

IT IS HEREBY ORDERED that:

1.     The United States' Motion for a Preliminary Order of Forfeiture (ECF No. 34) is **GRANTED;**

2.     The following property is forfeited to the United States pursuant to 18 U.S.C. § 2253(a):

    a.  a U.S. Army camo jacket bearing a Plonski name tag;
    b.  an MSI laptop, serial number K2011N0121238;
    c.  a black Samsung cell phone, IMEI 353122990295219;
    d.  a black Samsung cell phone, IMEI 358084620011892;
    e.  an HP laptop, serial number CND4010BG1;
    f.  an Apple laptop, Model A1706, serial number C02T49TMHF1P;
    g.  a Dell Latitude E6420;
    h.  a brown backpack containing sex toys;

     i.  a Samsung Galaxy S9;
    j.  a Minnesota State Patrol uniform;
    k.  a pink sex toy;
    l.  a wearable prosthetic sex toy;
    m. a Samsung cell phone, serial number R5CY21A124R; and
    n.  a Minnesota State Patrol uniform name tag bearing the name Plonski;

(collectively, "the Property");

3.     The Attorney General or her designee may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture;

4.     The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

5.     Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6.     Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee; and

7.     This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: April 21, 2026         *s/Katherine M. Menendez*
                              KATHERINE M. MENENDEZ
                              United States District Judge

2